```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YUN SHI LI,                                                        :
                                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :        21-cv-10601 (LJL)
        -v-                                                        :
                                                                   :              ORDER
                                                                   :
MERRICK B. GARLAND, Attorney General of the                        :
United States, et al.                                              :
                                                                   :
                        Defendants.                                :
                                                                   X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

       The Court will hold oral argument on Defendants pending motion to dismiss on November 16, 2022 at 10:00 a.m.  The parties should be prepared to discuss whether the test for retroactivity of adjudicatory rules enunciated in *Lugo v. Holder*, 783 F.3d 119 (2d Cir. 2015), applies in this case, and if so, how it applies.  The hearing will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

       SO ORDERED.

Dated: November 3, 2022  
       New York, New York

                                                                LEWIS J. LIMAN  
                                                       United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 11/3/2022