**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YUN SHI LI,

                    Plaintiff,

      -against-                                    21 **CIVIL** 10601 (LJL)

                                               **JUDGMENT**

MERRICK B. GARLAND, Attorney
General of the United States; UR M.
JADDOU, Director of United States
Citizenship and Immigration Services;
ALEJANDRO MAYORKAS, Secretary
of the US Department of Homeland
Security; PHYLLIS COVEN, Director
for the District of New York United
States Citizenship & Immigration
Services; SUSAN QUINTANA, Director
for Field Office of New York,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 21, 2022, the Defendants' motion to

dismiss is GRANTED**.**

**Dated:**  New York, New York

        November 21, 2022

                                     **RUBY J. KRAJICK**

                                 _____
                                    **Clerk of Court**

        **BY:**      K. Mango

                                     _____
                                      **Deputy Clerk**